IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Altravise Hunt-Allen,<br><br>                Plaintiff,<br>vs.<br><br>Branch Banking & Trust Company of South Carolina,<br><br>                Defendant. | C/A No. 0:12-127-JFA-SVH<br><br>**SECOND AMENDED AND FINAL SCHEDULING ORDER** |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules (D.S.C.), the court establishes the following second amended and final scheduling order. This order is entered to administer the progress and disposition of this case in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. A scheduling order is "not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Forstmann v. Culp*, 114 F.R.D. 83, 85 (M.D.N.C. 1987). No further extensions will be granted absent exceptional circumstances.

6. <u>Discovery</u>: All discovery must be completed by **September 4, 2012**. The parties must serve all discovery requests in time for the responses thereto to be made by this deadline. No motions relating to discovery may be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hodges in an attempt to resolve the matter informally.

7. <u>Mediation</u>: In consent cases, Judge Hodges does not include a formal mediation deadline, but notes that Local Civil Rule 16.05 provides that all civil actions are subject to mediation unless the parties decline to participate by notifying the court. For nonconsent cases in which Judge Hodges is referred the case for pretrial management, the parties should consult the presiding district judge's Standing Order to Conduct Mediation, available at www.scdcourts.gov, under the "Mediation/ADR" section, and should abide by the district judge's mediation deadline.

8. <u>Dispositive Motions</u>: The parties must file any dispositive motions by **September 18, 2012**.

9. <u>Trial</u>: This case is subject to being called for trial in the first term of court following the court's ruling on all dispositive motions, including, if applicable the district judge's ruling on a Report and Recommendation. For cases in which no dispositive motions are filed, the case is subject to being called for trial in the first term of court following the dispositive motions deadline.

IT IS SO ORDERED.

July 19, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge